IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CINDY GANN, on behalf of    )
herself and all others      )
similarly situated,         )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )     2:09cv768-MHT
                            )         (WO)
PLANTATION PATTERNS, INC.,  )
                            )
    Defendant.              )
```

## JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 10), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of September, 2009.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE